FORM 0004js (05/15)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

---

In Re: Latonya Alisha Graham−President
SSN/ITIN: xxx−xx−3155
Debtor

Bankruptcy Case No.: 24−40302−KKS

Chapter: 13
Judge: Karen K. Specie

---

***ORDER GRANTING MOTION TO MODIFY CHAPTER 13 PLAN (DOC. NO. 92)***

***THIS CAUSE*** is before the Court on the debtor's motion for a post−confirmation modification of Chapter 13 plan.

This motion having been filed by negative notice, no objections having been filed within the prescribed time period, or objections having been resolved, it is

***ORDERED*** that the motion is GRANTED. The debtor's proposed modification of Chapter 13 plan is APPROVED.

Counsel for the debtor, if represented, shall serve this Order pursuant to the applicable Rules and file a certificate of service within three (3) days. If the debtor is not represented by counsel, or if the debtor is represented *pro bono*, the Court will serve the Order in accordance with applicable Rules.

***DONE AND ORDERED*** on June 24, 2026.

Karen K. Specie
U.S. Bankruptcy Judge